UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BANDA JR., and<br>ARTHUR GARCIA | No. 1:23-MJ-00053 SKO<br><br>UNSEALING ORDER<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint (including Affidavit) in the above-captioned case is unsealed. The Government alerted the Court that upon defendant GARCIA's arrest, which has now occurred, the basis for the sealing request was no longer an issue.

5/23/2023
DATED

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE